No. 66. ABE STRAUSS, PLAINTIFF IN ERROR, *v.* THE COMMONWEALTH OF MASSACHUSETTS. In error to the Superior Court of the State of Massachusetts. October 15, 1907. Dis-

missed with costs, per stipulation, on motion of *Mr. Dana Malone* for the defendant in error. *Mr. Junius Parker* for plaintiff in error. *Mr. Dana Malone* for defendant in error.